IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,                    No. CIV S-09-0296 GGH P

  vs.

A. HEDGPETH, et al.,

    Respondents.            <u>ORDER</u>

                             /

          On December 17, 2009, petitioner was ordered to file a motion to stay and amended petition within twenty-one days. Respondent's response to these pleadings was ordered due fourteen days thereafter.

          On January 11, 2010, petitioner filed a motion to stay and an amended petition. Fourteen days passed and respondent did not file a response to these pleadings.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, respondent shall show cause for his failure to file a response to petitioner's January 11, 2010, pleadings; within that time, respondent shall also file his response to these pleadings.

DATED: February 22, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

stull296.osc